Oct 30 07 12:30p

p.2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
RAPHAEL VALENTIN,

        Plaintiff,

*Index No. 07-1557 (ENV) (MDG)*

- against -

**ORDER OF DISMISSAL**

NORTH FORK BANK,

        Defendant.
----------------------------------------X

VITALIANO, E.

    Upon the subjoined consent of the attorneys for the parties, it is hereby [except]

    **ORDERED**, that this action is discontinued without costs and with prejudice to

the right to reopen if settlement is not consummated. The Clerk of the Court is directed

to close the case.

Dated: Brooklyn, New York
      NOV 2 2007

SO ORDERED:

    s/Hon. Eric N. Vitaliano
_____
**ERIC N. VITALIANO**
United States District Judge

We hereby consent to the forgoing
Order of Dismissal

CASELLA & CASELLA, LLP

By: _____
Keith M. Casella, Esq. (KC6425)
Attorneys for Plaintiff
1794 Richmond Road
Staten Island, New York 10306
(718) 979-1137

WICKHAM, BRESSLER, GORDON & GEASA, P.C.

By: _____
Eric J. Bressler, Esq. (EB3142)
Attorney for Defendant
275 Broad Hollow Road, Suite 111
Melville, New York 11747
(631) 249-9480